Dec. 4, 2015

RE: WR-78,602-02 (15,959-8 & 3719-5)

TO: Court of Criminal Appeals
"ATT." Clerk

Dear Mr. Acosta,

This letter is to inform the Court of a change of address.

As of (11-30-15), i am no longer at the previous address. If there has been any orders issued or mailings in the above indicated matters sent to my previous address, please remail and forward all further with correspondence to the below indicated address.

Thank you for your time and attention in this matter.

Peace & Blessings

Juan Manuel Albarado
~~strikethrough~~ Applicant
#1452106; Gibb Lewis
777 F.M. 3497
Woodville, TX. 75990

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 09 2015

Abel Acosta, Clerk